**E-FILED on** 6/11/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES O. ALBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MONUMENTAL LIFE INSURANCE COMPANY, GLOBAL LIFE & ACCIDENT INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>    Defendants. | No. C-08-05441 RMW<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION TO TRANSFER<br><br>[Re Docket No. 15] |

Defendant Monumental Life Insurance Company has filed a Notice of Pendency of Other Action or Proceeding under Local Rule 3-13, which in part seeks an order transferring this action to the Southern District of California. Defendant Global Life & Accident Insurance Company does not oppose the request. Plaintiff opposes the request, in part on the procedural grounds for making the motion through a notice under Local Rule 3-13. Defendant's motion is denied without prejudice. Defendant may file a motion to transfer, pursuant to Local Rule 7-1 et seq. and the court's Standing Order Regarding Case Management in Civil Cases.

DATED:     6/8/09

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Melbourne Brady Weddle    MelbourneW@msn.com

**Counsel for Defendants:**

Catherine T.S. Gregory    catherine.gregory@wilsonelser.com

Sean Patrick Nalty    sean.nalty@wilsonelser.com

Seth Warner Whitaker    swwhitaker@boothmitchel.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated:    6/11/09                                                      TER
                                                                       **Chambers of Judge Whyte**

ORDER DENYING WITHOUT PREJUDICE MOTION TO TRANSFER—No. C-08-05441 RMW
TER                                                                    2