Seth W. Whitaker, Esq.  SBN 84136
BOOTH, MITCHEL & STRANGE, LLP
707 Wilshire Boulevard, Suite 4450
Los Angeles, California 90017
(213) 738-0100 * FAX: (213) 380-3308
Email swwhitaker@boothmitchel.com

*E-FILED 7/16/09*

Attorneys for Defendant, GLOBE LIFE & ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JAMES O. ALBERTSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>MONUMENTAL INSURANCE COMPANY, GLOBE LIFE & ACCIDENT INSURANCE COMPANY and DOES 1 through 10,<br><br>        Defendants. | Case No.: C08 05441 RMW<br><br>[] ORDER DISMISSING COMPLAINT AS TO GLOBE LIFE & ACCIDENT INSURANCE COMPANY WITH PREJUDICE<br><br>[Stipulation Filed Concurrently] |

The Court has duly considered the Stipulation submitted by Plaintiff, James O. Albertson and

Defendant, Globe Life & Accident Insurance Company requesting dismissal with prejudice of the

Complaint in this action as to Globe Life & Accident Insurance Company based on the Release of All

Claims and Settlement Agreement between those parties, and good cause appearing therefore,

It is hereby ORDERED that:

///

///

///

1

[] ORDER DISMISSING COMPLAINT AS TO GLOBE LIFE & ACCIDENT INSURANCE COMPANY

1. The Complaint of James O. Albertson against Globe Life and Accident Insurance Company is DISMISSED WITH PREJUDICE, without award of costs or attorney's fees to either party.

IT IS SO ORDERED.

Dated: 7/16/09                    By: *Ronald M. Whyte*
                                  HON. RONALD M. WHYTE
                                  Judge of the United States District Court

[] ORDER DISMISSING COMPLAINT AS TO GLOBE LIFE & ACCIDENT INSURANCE COMPANY