**E-FILED on** 9/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES O. ALBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>MONUMENTAL LIFE INSURANCE COMPANY, GLOBAL LIFE & ACCIDENT INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | No. C-08-05441 RMW<br><br>ORDER CONTINUING HEARING ON MOTION TO TRANSFER<br><br>[Re Docket Nos. 45 and 47] |

The court has received both an ex parte application and a motion from plaintiff to continue the hearing date on defendant's motion to transfer and an extension of time in which to oppose the motion. Defendant Monumental Insurance Company opposes the ex parte request and motion, yet is amenable to a continued hearing date. Hearing on defendant's motion to transfer is hereby continued to October 30, 2009 at 9:00, the next reasonably available hearing date on the court's calendar. Plaintiff shall file and serve its opposition papers no later than Friday, September 18, 2009. Defendant's reply papers shall be filed and served on or before October 2, 2009.

DATED: 9/15/09

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER CONTINUING HEARING ON MOTION TO TRANSFER—No. C-08-05441 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Melbourne Brady Weddle    MelbourneW@msn.com

**Counsel for Defendants:**

Catherine T.S. Gregory    catherine.gregory@wilsonelser.com

Sean Patrick Nalty    sean.nalty@wilsonelser.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 9/15/09                         TER
                                **Chambers of Judge Whyte**